UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., <br><br> Plaintiff, <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendants. | Case No. 2:17-cv-02338-JCM-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on September 6, 2017. Defendant filed its Answer (ECF No. 17) on January 10, 2018. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 21, 2018** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

Dated this 14th day of March, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1