WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, Nevada 89117
(702) 475-7967; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, DLJ Mortgage Capital, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC. a foreign corporation,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION, a Nevada Corporation; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS, XI-XX, inclusive,<br><br>Defendants. | Case No.:  2:17-cv-02338-JCM-GWF<br><br>**STIPULATION AND ORDER TO DISMISS LIBERTY AT MAYFIELD COMMUNITY ASSOCIATION** |

Plaintiff, DLJ Mortgage Capital, Inc. (hereinafter "DLJ") and Liberty at Mayfield Community Association ("HOA") **ONLY**, by and through respective counsel of record, hereby stipulate that all claims by DLJ against HOA are hereby dismissed without prejudice, with each

//
//
//
//
//
//

party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 27th day of July, 2018.                    DATED this 27th day of July, 2018.

WRIGHT FINLAY & ZAK, LLP                              HOA LAWYERS GROUP, LLC

*/s/ Robert A. Riether*                               */s/ Steven T. Loizzi*
Christopher A.J. Swift, Esq.                          Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 11291                                  Nevada Bar No. 10920
Robert A. Riether, Esq.                               9500 W. Flamingo, Suite 204
Nevada Bar No. 12076                                  Las Vegas, NV 89147
7785 W. Sahara Ave, Suite 200                         *Attorney for Defendant, Liberty at Mayfield*
Las Vegas, Nevada 89117                               *Community Association*
*Attorneys for Plaintiff, DLJ Mortgage Capital, Inc.*

Case No.: 2:17-cv-02338-JCM-GWF

**ORDER**

Pursuant to the parties' stipulation, all claims by DLJ against HOA are hereby dismissed without prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
UNITED STATES DISTRICT JUDGE