UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., | Case No. 2:17-CV-2338 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *DLJ Mortgage Capital, Inc. v. SFR Investments Pool 1, LLC, et al.*, case number 2:17-cv-02338-JCM-GWF.

The parties have reached a settlement agreement. *See* (ECF No. 25). Accordingly, the court will deny defendant SFR Investments Pool 1, LLC's motion to dismiss (ECF No. 12) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**