UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendants. | Case No. 2:17-cv-02338-JCM-GWF <br><br> ORDER |

Presently before the court is the matter of *DLJ Mortgage Capital, Inc. v. SFR Investments Pool 1, LLC et al.*, case number 2:17-cv-02338-JCM-GWF.

On September 6, 2017, plaintiff DLJ Mortgage Capital, Inc. ("DLJ") initiated this quite title action against defendants SFR Investments Pool 1, LLC and Liberty at Mayfield Community Association. (ECF No. 1). On October 3, 2017, the court ordered DLJ to post security for costs in the amount of $500.00 pursuant to NRS 18.130. (ECF No. 10). The next day, DLJ deposited $500.00 with the court. (ECF No. 11).

On September 27, 2018, the court granted the parties' stipulation to dismiss with prejudice all claims in this action. (ECF No. 32). As this matter is now concluded, the court will disburse to DLJ the $500.00 security bond plus interest.

Accordingly,

IT IS SO ORDERED.

DATED THIS 2nd day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE